DUDE SMITH V. THE STATE.

No. 22109. Delivered May 6, 1942.

The opinion states the case.

*Aubrey Morris* and *R. L. Henderson,,* both of Waco, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Passing a forged check is the offense; the punishment, two years in the State penitentiary.

No statement of facts accompanies the record, in the absence of which the exceptions to the charge cannot be appraised.

No error appearing of record, the judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.